USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1862 ROBERT E. CAMERON, Plaintiff, Appellant, v. JOHN NOONAN, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Scott Harshbarger, Attorney General, and Elisabeth J. Medvedow, __________________ ______________________ Assistant Attorney General, on brief for appellees. ____________________ March 5, 1997 ____________________ Per Curiam. After carefully reviewing the record, __________ we affirm the judgment of the district court for essentially ______ the reasons stated in its Memorandum and Order, dated June 20, 1996. See Local Rule 27.1. Appellant Robert E. ___ Cameron's motions for speedy consideration and the appointment of counsel are denied. ______ -2-